(Rev. 12/6/12)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### DIVISION: 55

RECEIVED
JUL 22 2021
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

Dropbox

__Dwight D. Anderson__
Plaintiff

Civil No. 5: 21-cv-2164

VS.

Judge
Magistrate Judge

__Shreveport Memorial Library__
Defendant

## COMPLAINT
### UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

   __Age, job discrimination__

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices? Yes ☑   No ☐

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges? Yes ☑   No ☐

   If "Yes," attach a copy of such letter and notice, and state when you received same.

   Date received: __4.24.21__

D. Have you received from the EEOC a copy of its determination with regard to your charges? Yes ☑   No ☐

   If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

   __No__

E. Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

   __Working in the Database department for over ten years while improving that knowledge base with formal education.__

(Rev. 12/6/12)

F. Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: 07.22.2021

*Dwight D. Anderson*
(Signature)

P.O. Box 915
(Street Address or P.O. Box)

Shreveport,       LA    71163-0915
(City)            (State)   (Zip Code)

254    -  652.6743
(Area Code)   (Telephone Number)

*Kalub Douglas*
(Witness)

*M Jones*
(Witness)

Page 2 of 2

The day of the following events was the last day working for Shreve Memorial Library. When I realized someone was knocking on the back door, I got up to see who is was, it was two black officers. The officer I spoke to, said Shreve Memorial Library called them and told them I had not been at work in two days. After finishing that conversation with the officers, I was feeling a bit dizzy and was trying to gather my thoughts, so I started placing the conversations I had with different people that day were placed on sticky notes, so I could refer to them if I had to.

Next, I called my place of employment, which was Atkins branch library, my supervisor, (Tenisha Edwards), told me to call Deonic Sutton at the Shreveport Support Center. I had an incoming call from Support Service Center; but my cell would not activate, to allow me to access that incoming call. I redialed the number I missed on my cell phone, it was Deonic Sutton, the first words she spoke to me was "you have violated policy." You have been gone two days without contacting your supervisor. Deonic said that Sunday an email had been sent and reopening would occur Monday July 27th, 2020. The branch would be closed and would be opened the following day Tuesday July 28th.

I had checked my text messages that Monday at 8:34 AM; but there were on messages on my cell phone and I could access Outlook from the house. Deonic continued to say after being on probation and not coming in to work, she stopped and said, that Jennie Paxton was listing in on the discussion. As we went over the information Deonic Sutton said "John Tuggle sent an email earlier," about a protocol for shorting the days we would stay away from the facility regarding COVID - 19 infection. The policy went from 7 days to stay away, to 2 days.

I had reviewed all my emails entries in my account Thursday the 24th of July, and I did not see that email.

Then Deonic Sutton said an email was sent out before closing for Friday. Then a sequence of closing and openings occurred. Deonic Sutton told my supervisor, Tanisha Edwards the library would be reopening of the branch that Sabbath; but that day was always been my day off.

Deonic Sutton stated two days, Tuesday and Wednesday, were the days when I did not clock in, at that instance it was only 10:00AM that Wednesday, my schedule to clock in was for 12:00 PM. The last thing she said to me, was my email will be disabled after the conversation. I had accumulated a lot of instances over the years in my outlook account, what constitutes two whole days?

In Summary are some events which occurred over time at SML.

My then supervisor Greg Firth, went to his supervisor Grace and told her I had pornographic images on my USB drive. I explained to her, that I let patrons use my USB to

print out their materials.   Back then the library did not sell USB devices to patrons.   After that, I started saving snap shots of strange messages and storing them on MS Outlook.

I had overslept for work only once before and Lynn S., call Walonda Hall at the Wallette branch, to check on me, I was exhausted and that was the only other time this happened.

Jennie Paxton and Deonic Sutton listened in on Lynn and I conversation, I thought it was privet, because she had closed the door to her office.   Lynn made a statement during that conversation that I will never forget, she said "This is the end of an era."

One morning after getting of a cup of coffee, I was walking by Wayne's office, (he is their maintenance person) I heard Gregg said "I wish that Dwight would quit."

I asked for a meet with Susan Todd the person, who oversees the budget for personal going to conferences.   I ask why I was denied going to a SirsiDynix conference March 2020.   It would have been the only conference I would have attended while working for SML.   It had database information related to the work I performed at the Library.

I was given a meeting with John Tuggle and Jennie Paxton.   There were two things that stood out in my mine from that meeting.   The first was when John said "he would not spend ten cents on me."   And second, he mentioned they had been grooming Caleb since January 2019 for the position of my former supervisor Lynn.

While working under Lynn for many years my evaluations were always "Meets Expectation," while in my course studies I preformed above that description.


Thank you for your time and efforts.

Stay Safe and be blessed.